The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAJESH SINGH,<br><br>　　　　　　Defendant. | NO. MJ21-244<br><br>GOVERNMENT'S EMERGENCY MOTION TO STAY RELEASE ORDER<br><br>*Telephonic Hearing Requested*<br><br>NOTE ON MOTION CALENDAR:<br>May 6, 2021 |

　　　The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Matthew P. Hampton, Assistant United States Attorney for said district, respectfully files this emergency motion seeking a stay of the release order issued in this case pending the appeal of that release order pursuant to 18 U.S.C. § 3145(a). In support of this motion, the government states as follows:

　　　1.　　On April 22, 2021, Rajesh Singh made his initial appearance on a criminal complaint charging him with multiple felony offenses involving the attempted sexual abuse of a child.

　　　2.　　The day before, Singh travelled from New York to Washington intending to rape a young girl and film the abuse over the course of several days. The investigation was part of a sting, and the person with whom Singh made those arrangements was an

Government's Motion to Appeal Release Order - 1
*U.S. v. Singh*/MJ21-244

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

undercover agent offering a fictitious child for abuse.  As charged, Singh faces a minimum of thirty years in prison.

3.  On May 6, 2021, Magistrate Judge Brian A. Tsuchida held a detention hearing in in this matter.  After hearing argument from counsel, he determined release was appropriate in this case and fashioned an appearance bond.

4.  If released, the defendant currently plans to return to the Eastern District of New York where he resides.  Acccording to defense counsel, his family has secured a flight for him that afternoon of May 7, 2021.

5.  At the conclusion of the hearing, government counsel alerted the Court it intended to appeal the release order pursuant to 18 U.S.C. § 3145(a) and sought a stay.

6.  Magistrate Judge Tsuchida declined to stay the order, indicating the matter should be left to the reviewing District Judge assigned to handle the government's appeal.

7.  Government counsel intends to file its appeal of the release oder by 5:00 p.m. on May 6, 2021.  The government therefore requests that this Court issue an order staying the defendant's releasee while the appeal of the release order is pending.

DATED this 6th day of May, 2021.

Respectfully submitted:
TESSA M. GORMAN
Acting United States Attorney

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7790
Fax: (206) 553-2502
E-mail:  matthew.hampton@usdoj.gov

Government's Motion to Appeal Release Order - 2
*U.S. v. Singh*/MJ21-244

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970