The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RAJESH SINGH, <br><br> Defendant. | NO. MJ21-244 <br><br> ORDER EXTENDING TIME TO INDICT |

This Court, having considered the defense's unopposed motion to extend the indictment deadline and the facts and circumstances contained therein which are hereby incorporated as findings of fact and conclusions of law:

FINDS the failure to extend the period as requested could result in a miscarriage of justice and the interests served by granting this extension outweigh the best interests of the public and the defendant in a speedy indictment.

ORDER EXTENDING INDICTMENT DEADLINE - 1
*United States v. Singh,* MJ21-244

WILL & WILL, PLLC
7683 NE 27TH ST
MERCER ISLAND, WA 98040
(206) 209-5585

1  IT IS HEREBY ORDERED that the deadline to indict Defendant Rajesh Singh in
2  this matter is hereby extended to October 31, 2021, and that any period of delay from the
3  date of this Order to that date shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

4

5  DATED this 22nd day of September, 2021.

6

7  

8  MICHELLE L. PETERSON
   United States Magistrate Judge

10 Presented by:

11 *s/ Court Will*
12 COURT WILL
   Attorney for Defendant
13

ORDER EXTENDING INDICTMENT DEADLINE - 2
*United States v. Singh,* MJ21-244

WILL & WILL, PLLC
7683 NE 27TH ST
MERCER ISLAND, WA 98040
(206) 209-5585